UNITED STATES DISTRICT COURT OF

THE MIDDLE DISTRICT OF FLORIDA

6:00 CV 1639 ORL-28A

SALLIJO A. FREEMAN
PLAINTIFF

VS.

~~SUMMONS~~
&
COMPLAINT

✓ GOVERNOR JEB BUSH
✓ FLORIDA STATE ATTORNEY-ROBERT BUTTERWORTH
FLORIDA STATE LEGISLATURE SENATE AND HOUSE REPRESENTATIVES
FLORIDA SECRETARY OF STATE-KATHERINE HARRIS
FLORIDA STATE CONTROLLER MR. BOB MILLIGAN
FLORIDA STATE DEPARTMENT OF REVENUE
MR. ROD NORTHCUTT-CFC,CPM
BREVARD COUNTY TAX DEPARTMENT COLLECTOR
MR. MARION TAX-DEPARTMENT INDIVIDUAL AND AS TAX COLLECTOR
MS. (CAROL)JANE DOE NAME UNKNOWN TAX COLLECTOR- COCOA OFFICE
BREVARD COUNTY TAX DEPARTMENT
MR. CHRISTOPHER RUZZO
TINA RUZZO
RUZZO'S COIN AND JEWELRY, INC.
MRS. SALLY VACHON
  ALL OF THE HEIRS OF SALLY VACHON
MR. ROGER VACHON
  ALL HEIRS OF MR.L ROGER VACHON
MR. STEVEN VACHON-SUPPLIER TO THE GIFT HAUS
MR. CHARLES EDGAR
MS. MARION SAUNDERS
 ALL OF THE HEIRS OF MS. MARION SAUNDERS
THE BUILDING DEPARTMENT OF TITUSVILLE
THE CITY OF TITUSVILLE
THE TITUSVILLE POLICE DEPARTMENT
**J.HAROLD CHASTAIN**
BARBARA M. CHASTAIN
**DOCTOR'S ASSOCIATES INC.**,
**WILKINSON GROUP, INC.-A FLORIDA CORPORATION**
MR. MYLES H. WILKINSON-PRESIDENT/D-WILKINSON GROUP
MR. ROY E. BURCH-VP/DST-WILINSON GROUP
**SUBWAY REAL ESTATE CORP.-A DELAWARE CORPORATION**
**ALEXANDER-SEEWALD CO., INC.-A GEORGIA CORPORATION**
MR. DAVID L. ALEXANDER-PSDC-ALEXANDER-SEEWALD CO., INC.
MR. R.J. ALEXANDER III-VD-ALEXANDER-SEEWALD CO., INC.
MR. R.J. ALEXANDER JR.-C-ALEXANDER-SEEWALD CO., INC.
            PD-PARTS CITY INC.
MR. ARTHUR LISKER-VT-ALEXANDER-SEEWALD CO., INC
MS. NANCY L. GUNSALLUS-V-ALEXANDER-SEEWALD CO., INC.
HASSELS-WHEILER, EKEHART-D-ALEXANDER-SEEWALDS CO., INC.
**PARTS CITY INC.-A GEORGIA CORPORATION**
MS. C. L. PENNY-D-PARTS CITY INC.
MR. R.T. CROUCH-SD-PARTS CITY INC.
**MID-STATE AUTOMOTIVE DISTRIBUTORS, INC.-A TENNESSEE CORPORATION**

1

MR. ROGER J. MCCABE-ʀ  MID-STATE AUTOMOTIVE DISTRIBUTO... ↲
MR. STEPHEN R. BALL-VSD-MID-STATE AUTOMOTIVE DISTRIBUTORS
MR. MICHAEL W. TAYLOR-VID-MID-STATE AUTOMOTIVE DISTRIBUTORS
**BENNETT AUTO SUPPLY, INC.-A FLORIDA CORPORATION**
MR. HAROLD BENNETT-PD-BENNETT AUTO SUPPLY, INC.
MR. BARRY BENNETT-VSD-BENNETT AUTO SUPPLY, INC. AND INDIVIDUALLY
MR. DENNIS A. NORTH-T-BENNETT AUTO SUPPLY, INC.
MR. HILTON KELLY-MANAGER BENNETT AUTO SUPPLY, INC. AND INDIVIDUALLY
CLIFF SHULER AUCTIONEERS & LIQUIDATES, INC.
MR. CLIFF SHULER-PRESIDENT AND INDIVIDUALLY
**THE FLORIDA STATE UNIVERSITY FOUNDATION, INC**
MR. JEFFREY J. ROBISON-REGISTERED AGENT AND INDIVIDUALLY
MR. CLIFFORD R. HINKLE-CT-FSU FOUNDATION AND INDIVIDUALLY
MR. JAMES W. APTHORP JR.-VT-FSU FOUNDATION AND INDIVIDUALLY
MS. DIANNA L. CAMERON-AT-FSU FOUNDATION AND INDIVIDUALLY
MR. J.J. ROBISON-P-FSU AND INDIVIDUALLY
MR. ARNOLD L. GREENFIELD-ST-FSU AND INDIVIDUALLY
MS. MARILYN A. SPORES-AS-FSU AND INDIVIDUALLY
**FIRST CAPITAL GROUP-A FLORIDA CORPORATION-A FLORIDA CORPORATION**
MR. DAVID R. PIERCE-PD- FIRST CAPITAL GROUP AND INDIVIDUALLY
MR. CHARLES J. MITCHELL JR-STD-FIRST CAPITAL GROUP
MR. CHARLES MITCHELL, INDIVUALLY
 AND AS COMMERICAL PROPERTY MANAGER
MS. GLORIA NORTH-INDIVIDUALLY
SUN GARDEN MAINTANCE-MIMS,
MR. FRANK KELLY
FLORIDA POWER AND LIGHT
FPL GROUP
FIRST UNION BANK CORPORATION (ALL DIVISIONS )
BELLSOUTH TELECOMMUNICATIONS(ALL DIVISIONS)
MS. BARBARA KIGHT(CHECK SPELLING)
MS. MARGARET LAUVER
MR. KENNETH LAUVER
MS. SHELBY ———
          DEFENDANTS
_____X

AT ALL TIMES HEREIN AFTER MENTIONED, PLAINTIFF WAS AND STILL IS A RESIDENT OF THE STATE OF FLORIDA AND A CITIZEN OF THE UNITED STATES.

1. DEFENDANT, CHRISTOPHER RUZZO, IS A RESIDENT OF THE STATE OF FLORIDA, HAVING HIS PRINCIPAL RESIDENCE AT 950 PALERMO ROAD, TITUSVILLE, FL 32780.

2. DEFENDANT,   IS A RESIDENT OF THE STATE OF   HAVING THE PRINCIPLE PLACE OF   BUSINESS, RESIDENCE AT       ,         FL 32780

### **VENUE**

THIS COURT HAS JURISDICTION UNDER FEDERAL STATUE 28, 1391, AND 28 USCA 1343

### FIRST CAUSE OF ACTION
TITLE 42 SECTION 1983 OF THE UNITED STATES CODE AGAINST ANYONE DENYING OTHERS OF THEIR CONSTITUTIONAL RIGHTS TO LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW

### SECOND CAUSE OF ACTION
INTENTIONAL INFLICTION OF INJURY UPON THE PERSON OF ANOTHER. THE INFLICTION DOES NOT HAVE TO BE PHYSICAL . THE INJURY IS THE LOSS OF INCOME. DISRUPTION OF BUSINESS. LOSS OF BUSINESS, LOSS OF BUSINESS REPUTATION, IRREPUTABLE DAMAGE TO THE PLAINTIFF.

### THIRD CAUSE OF ACTION
INTRINSIC FRAUD, AND FRAUD UPON THE COURT AS DEFINED UNDER THE

### FOURTH CAUSE OF ACTION
DISCRIMINATION, VIOLATION OF THE CIVIL RIGHTS ACT, 42 USCA 1983
VIOATION OF THE CIVIL RIGHTS OF THE PLAINTIFF AS DEFINED BY THE CONSTITUTION. DENIAL OF EQUAL PROTECTION OF THE LAWS. DENIAL OF *MERE RIGHT*

### FIFTH CAUSE OF ACTION
VIOLATION OF THE RICO STATUES-PROHIBITING PERSONS OR ENTITIES FROM ENGAGING IN ACTIVITIES WHICH AFFECT INTERSTATE OR FOREIGN COMMERCE. THE PLAINTIFF WILL BE ABLE TO ESTABLISH A PRIMA FACIE CLAIM SHOWING THAT THE DEFENDANTS MEET THE EXISTENCE OF SEVEN ELEMENTS TO ESTABLISH A PATTERN OF RACKETEERING ACTIVITY ACCORDING TO THE DEFINATION OF THE STATUE.

### SIXTH CAUSE OF ACTION
BREACH OF CONTRACT AND FAILURE TO ACT IN GOOD FAITH.

### SEVENTH CAUSE OF ACTION
SUBJOINING PERJURY FALSE STATEMENTS AND AFFIDAVITS

ALL OF THE DEFENDANTS ENGAGED IN ILLEGAL ACTIVITY BY THEIR ACTIONS DEPRIVING THE PLAINTIFF OF HER RIGHTS AS A CITIZEN OF THE UNTIED STATES OF AMERICA.

THE PLAINTIFF SEEKS DAMAGES IN THE AMOUNT 50 MILLION IN COMPENSATORY AND PUNITIVE DAMAGES

THE PLAINTIFF RESERVES THE RIGHT TO AMEND THE COMPLAINT.

DATE: DECEMBER 8, 2000

*Sallijo G. Freeman*
MS. SALLIJO A. FREEMAN
PRO SE
1830 S. PARK AVE
TITOSVILLE, FL 32780
407-383-8256