THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SALLIJO A. FREEMAN
LAROCHE MFG.
PLAINTIFFS

6:00 cv 1639 ORL-22 KR

VS

MOTION FOR TEMPORARY
INJUNCTION

GOVERNOR JEB BUSH,
ET AL
DEFENDANTS

EXPARTE

-----------------------------------X

F.R.C.P. RULE 65(b)

PLAINTIFF MOVES THIS COURT TO GRANT A TEMPORARY INJUNCTION AGAINST THE DEFENDANTS BENNETT AUTO SUPPLY AND CLIFF SHULER-AUCTIONEER FROM CONDUCTING A SALE OF THE CONTENTS OF THE BUILDING LOCATED AT 1500 CHENEY HIGHWAY INCLUDING THE CLOTHES OF THE PLAINTIFF. THE

DEFENDANTS BENNETT AUTO SUPPLY AND CLIFF SHULER DO NOT HAVE LEGAL AUTHORIZATION, A COURT ORDER, A SHERIFF'S ORDER OR TAX ORDER FROM THE STATE OF FLORIDA TO SELL, DISPOSE OF ANY OF THE PROPERTY OF THE PLAINTIFF.

THE DEFENDANTS HAVE STATED THAT IT IS A TAX SALE IN THEIR ADVERTISEMENTS, TO TAKE PLACE DECEMBER 9, 2000.

THE DEFENDANTS DID NOT NOTIFY THE PLAINTIFF. THE PLAINTIFF FOUND ABOUT THE IMPENDING SALE FROM THE FLORIDA UNIVERSITY FOUNDATION IN TALLAHASSEE. THE FOUNDATION OWNS THE BUILDING WHERE THE MERCHANDISE IS LOCATED. THE PLAINTIFF AND THE FOUNDATION ARE NEGOTIATING A SALE OF THE BUILDING TO THE PLAINTIFF. SEE ATTACHED EXHIBIT A

. THE ATTORNEYS OF THE PLAINTIFF HAS TRIED REPEATEDLY TO RETRIEVE HER PROPERTY BUT THE DEFENDANTS BENNETT AUTO AND THEIR ATTORNEY WOULD STATE

ACCESS WOULD BE GRANTED THEN THEIR REPRESENTATIVE WOULD REFUSE ACCESS.

THE DEFENDANT BENNETT AUTO HAVE BEEN ADVISED OF THE VALUE OF THE PROPERTY

LOCATED ON THE PREMISES.  SEE EXHIBIT B

THE PLAINTIFF REQUESTS AN EMERGENCY HEARING FOR MONDAY DECEMBER 11, 2000

09:30 AM  OR ANY DATE OR  TIME AS DESIGNATED BY THIS HONORABLE COURT.

THE GROUNDS  ARE THAT IMMEDIATE AND IRREPARABLE LOSS, DAMAGE AND INJURY

WILL RESULT TO THE PLAINTIFF AS MORE FULLY  APPEARS FROM PLAINTIFFS VERIFIED

COMPLAINT AND THE ATTACHED DECLARATION OF THE PLAINTIFF, MS. SALLIJO A.

FREEMAN.

DATED:  DECEMBER 8, 2000

*[signature: Sallijo Freeman]*
MS. SALLIJO A. FREEMAN
PRO SE
1830 S. PARK AVE
TITUSVILLE, FL 32
407-383-8286

EXHIBIT A

**Commercial Contract**
FLORIDA ASSOCIATION OF REALTORS®

The Greater Orlando
Association of
REALTORS®

1. PURCHASE AND SALE: __LA ROCHE MFG., A NEW YORK CORPORATION__ ("B

agrees to buy and __FLORIDA STATE UNIVERSITY FOUNDATION__ ("S

agrees to sell the property described as: Street Address: __1500 CHENEY HIGHWAY, TITUSVILLE__

__FLORIDA, 32780__

Legal Description: __INDIAN RIVER HGTS, PART OF LOT 8 AS DESCRIBED IN ORB 7__

__PG 947 EK RD R/W BLK 7__

and the following Personal Property: __NONE__

_____

(all collectively referred to as the "Property") on the terms and conditions set forth below. The "Effective Date" of this Contr
the date on which the last of the Parties signs the latest offer. Time is of the essence in this Contract. Time periods o
days or less will be computed without including Saturday, Sunday, or national legal holidays and any time period ending on a
Saturday, Sunday or national legal holiday will be extended until 5:00 p.m. of the next business day.

2. PURCHASE PRICE: $__325,000.00__

(a) Deposit held in escrow by __SELLER'S ATTORNEY__ $__16,250.00__

(b) Additional deposit to be made within _____ days from Effective Date $_____

(c) Total mortgages (as referenced in Paragraph 3) $__270,000.00__

(d) Other: _____ $_____

(e) Balance to close, subject to adjustments and prorations, to be made with cash, locally drawn  $__38,750.00__
certified or cashier's check or wire transfer.

3. THIRD PARTY FINANCING: Within __3__ days from Effective Date ("Application Period"), Buyer will, at Buyer's expense, ap
third party financing in the amount of $__270,000__ or _____% of the purchase price to be amortized over a period of _
years and due in no less than _____ years and with a fixed interest rate not to exceed ☐ _____% per year or variable interest ra
to exceed ☐ _____% at origination with a lifetime cap not to exceed _____% from initial rate, with additional terms as follows: _

_____

Buyer will pay for the mortgagee title insurance policy and for all loan expenses. Buyer will timely provide any and all credit,

employment, financial and other information reasonably required by any lender. Buyer will notify Seller immediately upon obtaining

financing or being rejected by a lender. If Buyer, after diligent effort, fails to obtain a written commitment within __21__ days fro

Effective Date ("Financing Period"), Buyer may cancel the Contract by giving prompt notice to Seller and Buyer's deposit(s) will be

returned to Buyer in accordance with Paragraph 9.

Buyer (____) (____) and Seller (✓) (____) acknowledge receipt of a copy of this page, which is page 1 of 5 Page

EXHIBIT A

196 **14. OPTIONAL CLAUSES:** (Check if any of the following clauses are applicable and are attached as an addendum to this Co
197* ☐ Arbitration ☐ Seller Warranty ☐ Existing Mortgage
198* ☐ Section 1031 Exchange ☐ Coastal Construction Control Line ☐ Other _____
199* ☐ Property Inspection and Repair ☐ Flood Area Hazard Zone ☐ Other _____
200* ☐ Seller Representations ☐ Seller Financing ☐ Other _____

201 **15. MISCELLANEOUS:** The terms of this Contract constitute the entire agreement between **Buyer** and **Seller**. Modificatic
202 this Contract will not be binding unless in writing, signed and delivered by the party to be bound. Signatures, initials, docum
203 referenced in this Contract, counterparts and written modifications communicated electronically or on paper will be accepta
204 all purposes, including delivery, and will be binding. Handwritten or typewritten terms inserted in or attached to this Contrac
205 over preprinted terms. If any provision of this Contract is or becomes invalid or unenforceable, all remaining provisions will c
206 to be fully effective. This Contract will be construed under Florida law and will not be recorded in any public records. Deliver
207 written notice to any party's agent will be deemed delivery to that party.

208 THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE OF AN ATT
209 PRIOR TO SIGNING. BROKER ADVISES BUYER AND SELLER TO VERIFY ALL FACTS AND REPRESENTATIONS THAT ARE
210 IMPORTANT TO THEM AND TO CONSULT AN APPROPRIATE PROFESSIONAL FOR LEGAL ADVICE (FOR EXAMPLE,
211 INTERPRETING CONTRACTS, DETERMINING THE EFFECT OF LAWS ON THE PROPERTY AND TRANSACTION, STATUS C
212 TITLE, FOREIGN INVESTOR REPORTING REQUIREMENTS, ETC.) AND FOR TAX, PROPERTY CONDITION, ENVIRONMENT
213 OTHER SPECIALIZED ADVICE. BUYER ACKNOWLEDGES THAT BROKER DOES NOT OCCUPY THE PROPERTY AND THA
214 REPRESENTATIONS (ORAL, WRITTEN OR OTHERWISE) BY BROKER ARE BASED ON SELLER REPRESENTATIONS OR PL
215 RECORDS UNLESS BROKER INDICATES PERSONAL VERIFICATION OF THE REPRESENTATION. BUYER AGREES TO REL
216 SOLELY ON SELLER, PROFESSIONAL INSPECTORS AND GOVERNMENTAL AGENCIES FOR VERIFICATION OF THE PROF
217 CONDITION, SQUARE FOOTAGE AND FACTS THAT MATERIALLY AFFECT PROPERTY VALUE.

218* DEPOSIT RECEIPT: Deposit of $_____ by ☐ _____ check ☐ other _____ rec:
219* _____, 19_____ by _____
220 _Signature of Escrow Agent_

221 OFFER: **Buyer** offers to purchase the Property on the above terms and conditions. Unless acceptance is signed by **Seller**
222* signed copy delivered to **Buyer** or **Buyer's** agent no later than _____ ☐ a.m. ☐ p.m. on _____, 1
223 **Buyer** may revoke this offer and receive a refund of all deposits.

224* Date: _____ BUYER: _La Roche MFG. INC. - Sally G. Freeman_ Tax ID No: _59-_
225* Title: _President_ Telephone: _321-385-0402_ Facsimile: _321-385-_
226* Address: _1500 Cheney Hwy Titusville, FL 32780_

227* Date: _____ BUYER: _____ Tax ID No: _____
228* Title: _____ Telephone: _____ Facsimile: _____
229* Address: _____

230* ACCEPTANCE: **Seller** accepts **Buyer's** offer and agrees to sell the Property on the above terms and conditions (☐ subject
231 attached counter offer).

232* Date: _5/19/00_ SELLER: _Florida State University Foundation Inc_ Tax ID No: _5962/5_
233* Title: _CFO_ Telephone: _850/644-6000_ Facsimile: _850/644-310_
234* Address: _225 University Center Bldg. C Suite 310, Tallahassee_
        _32306-_

235* Date: _____ SELLER: _____ Tax ID No: _____
236* Title: _____ Telephone: _____ Facsimile: _____
237* Address: _____

238* Buyer (___)(___) and Seller (_UC_)(___) acknowledge receipt of a copy of this page, which is page 5 of 5 Pag

The Florida Association of REALTORS makes no representation as to the legal validity or adequacy of any provision of this form in any specific transaction. This standardized form should not be used in complex transactions or with extensive riders or additions. This form is available for use by the entire real estate ind and is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark which may be used only by real estate licensees w members of the NATIONAL ASSOCIATION OF REALTORS and who subscribe to its Code of Ethics.
The copyright laws of the United States (17 U.S. Code) forbid the unauthorized reproduction of this form by any means including facsimile or computerized
CC-2   © 1997 Florida Association of REALTORS®   All Rights Reserved

# Tarrell
# Moving & Storage

1111 Norwood Ave.
Titusville, FL 32796
Tel. (407) 267-0228
    (800) 722-6046
Fax:(407) 267-3623

August 25, 2000

Mrs. Sally Jo Freeman
Fax. 321 268-4465

Dear Mrs. Freeman,

On August 6th of 2000, I called Mrs. Gloria O. North esq., *at your request* and advised her of moving dates for your goods at the highway 50 location. I stated it would take Tarrell Moving four full days to relocate all the goods as there was 26,000 pounds of expensive delicate items to be handled.

She advised me that this was beyound her control, as it has been going on for a long time. I at that time said thank you and reported the call to you.

Sincerely,

*Carol Tarrell*
Carol Tarrell
President


**ALLIED**
Agent for Allied Van Lines

EXHIBIT B