# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

# JUDGMENT IN A CIVIL CASE

SALLIJO A. FREEMAN
Plaintiff,

v.                                         Case No.6:00-CV-1639-ORL-28KRS

GOVERNOR JEB BUSH, et al.
Defendant,

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the plaintiff SALLIJO A. FREEMAN take nothing, that the action be dismissed on the merits as to defendants WACHOVIA BANK, L.M. BAKER, NMSDC OF FLORIDA, BANCO POPULAR, NORTH AMERICA, AMERICAN EXPRESS COMPANY, AMERICAN CENTURION BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and that defendants WACHOVIA BANK, L.M. BAKER, NMSDC OF FLORIDA, BANCO POPULAR, NORTH AMERICA, AMERICAN EXPRESS COMPANY, AMERICAN CENTURION BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. recover of the plaintiff SALLIJO A. FREEMAN their costs of action.

September 27, 2001

SHERYL L. LOESCH,
Clerk of Court

(by)   N. L. Leiter
Deputy Clerk

Copies to counsel of record.

FILE COPY

Date Printed: 09/27/2001

Notice sent to:

   ___  Sallijo A. Freeman
         1830 S. Park Avenue
         Titusville, FL  32780

   ___  Jeffrey F. Mahl, Esq.
         Attorney General's Office
         Civil Division
         110 S.E. 6th St.
         10th Floor
         Ft. Lauderdale, FL  33301

   ___  J. Thomas Cardwell, Esq.
         Akerman, Senterfitt & Eidson, P.A.
         255 S. Orange Ave.
         P.O. Box 231
         Orlando, FL  32802-0231

   ___  Virginia B. Townes, Esq.
         Akerman, Senterfitt & Eidson, P.A.
         255 S. Orange Ave.
         P.O. Box 231
         Orlando, FL  32802-0231

   ___  Albert F. Tellechea, Esq.
         Akerman, Senterfitt & Eidson, P.A.
         255 S. Orange Ave.
         P.O. Box 231
         Orlando, FL  32802-0231

   ___  Paul Edward Heimberg, Esq.
         Heimberg & Lumer
         1002 Concord Bldg.
         66 W. Flagler St.
         Miami, FL  33130

   ___  Joel V. Lumer, Esq.
         Heimberg & Lumer
         1002 Concord Bldg.
         66 W. Flagler St.
         Miami, FL  33130

   ___  Charles Edward Reynolds II, Esq.
         Butler, Burnette Pappas
         Bayport Plaza, Suite 1100
         6200 Courtney Campbell Causeway
         Tampa, FL  33607-5946

   ___  Keith E. Kress, Esq.
         Broad & Cassell
         390 N. Orange Ave., Suite 1100
         P.O. Box 4961
         Orlando, FL  32802-4961

Thomas Edward Pryor Jr., Esq.
Thomas E. Pryor, Jr., P.A.
P.O. Box 2888
Orlando, FL  32802