# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No.  02-15488-D

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 0 4 2003

THOMAS K. KAHN
CLERK

SALLIJO A. FREEMAN,

Plaintiff-Appellant,

versus

JEB BUSH,Governor,
CHARLIE CRIST,
Florida State Attorney, et al.,

6: 00 CV1639

Defendants-Appellees.

Appeal from the United States District Court for the

Middle District Of Florida

## ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of

prosecution because the appellant has failed to pay the $100 docketing and $5 filing fees ($105) to

the district court clerk within the time fixed by the rules, effective this 4th day of February,  2003.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:  Nancy Holbrook
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy  Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

ORD-40

# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

February 04, 2003

Sheryl L. Loesch
Clerk, U.S. District Court
80 N. Hughey Ave, Floor 2-#218
Orlando  FL  32801

RE: 02-15488-D        Sallijo A. Freeman v. Jeb Bush
DC DKT NO.:  00-01639 CV-ORL-28

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the
above referenced appeal is issued as the mandate of this court.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed
to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

Encl.

DIS-2 (8-2002)